# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AKENATEN BLUEHORSE, ) | 3:17-CV-0702-MMD (VPC) |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | May 16, 2018 |
| ) | |
| CITY OF RENO, et al., ) | |
| ) | |
| Defendants. ) | |

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for permission to file electronically (ECF No. 11) is **GRANTED**. In order for plaintiff to file documents electronically, he will be required to register and maintain a CM/ECF account (www.nvd.uscourts.gov). Plaintiff shall also complete the CM/ECF tutorial and become familiar with the Electronic Filing Procedures, Best Practices and the Civil Events Menu that are accessible on this court's website. Plaintiff is instructed that this order granting him permission to file on CM/ECF is applicable only to this case.

Plaintiff commenced this action on December 4, 2017 (ECF No. 1). Plaintiff is not proceeding *in forma pauperis* (ECF No. 4), and his case is not subject to the screening requirements of 28 U.S.C. § 1915A (ECF No. 12). Plaintiff now seeks a six-motion stay to proceedings or extension of time to serve his complaint so he can seek an attorney to represent him in this action (ECF No. 13). The court finds a six-month extension of time to be excessive; therefore, plaintiff's motion (ECF No. 13) is **GRANTED in part.** Plaintiff shall have to and including **August 14, 2018** to properly serve the complaint on the defendants. If plaintiff fails to complete service by this date, defendants will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk