UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AKENATEN BLUEHORSE,<br><br>               Plaintiff,<br>     v.<br>RENO, CITY OF, *et al.*,<br><br>               Defendants. | Case No. 3:17-cv-702-MMD-WGC<br><br>ORDER |

The first order entered referencing this case was filed on January 12, 2018. The Court issued a notice of intent to dismiss pursuant to Fed. R. Civ. P. 4(m) unless proof of service regarding all four Defendants was filed by October 17, 2018. (ECF No. 17.) To date, no proof of service has been filed.

It is therefore ordered that this action is dismissed without prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 19th day of October 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE